UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                      Case No. 1:94-mj-108

v.                                                    Hon. Hugh W. Brenneman, Jr.

TRACY LYNN CARLTON,

       Defendant.

_____/

**ORDER**

Pursuant to the Memorandum Opinion entered this date, defendant's motion for expungement of her criminal conviction (docket no. 13) is **DENIED.**

**IT IS SO ORDERED.**

Dated: September 23, 2010                           /s/ Hugh W. Brenneman, Jr.
                                                                  HUGH W. BRENNEMAN, JR.
                                                                  United States Magistrate Judge